FILED

2018 NOV -6  AM II: 26

CLERK US DISTRICT COURT
WESTERN DISTRICT TEXAS
BY_____
DEPUTY

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TEXAS

## AUSTIN DIVISION

| | | |
|---|---|---|
| CITY OF PONTIAC GENERAL EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | § § § § | Case No. 1:15-cv-00374-LY |
| | § | <u>CLASS ACTION</u> |
| Plaintiff, | § § | The Honorable Lee Yeakel |
| vs. | § § § | |
| DELL INC., et al., | § § | |
| Defendants. | § § § | |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE UNDER SEAL EXHIBITS A & B TO THE DECLARATION OF X. JAY ALVAREZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE EXPERT REPORT OF M. TODD HENDERSON

ON THIS DAY, the Court considered the Unopposed Motion to File Under Seal Exhibits A & B to the Declaration of X. Jay Alvarez in Support of Plaintiff's Opposition to Defendants' Motion to Strike the Expert Report of M. Todd Henderson.  The Court is of the opinion that the motion is well taken and should be granted.  Accordingly,

IT IS ORDERED that the motion to file under seal is GRANTED.

IT IS FURTHER ORDERED that the Clerk is directed to file the accompanying Exhibits A & B to the Declaration of X. Jay Alvarez in Support of Plaintiff's Opposition to Defendants' Motion to Strike the Expert Report of M. Todd Henderson under seal.

IT IS SO ORDERED.

DATED: _November 6, 2018_ _____
                            THE HONORABLE LEE YEAKEL
                            UNITED STATES DISTRICT JUDGE